UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE SMITH,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ATT, INC., et al.,<br><br>　　　　　　　　　　　Defendants. | Case No.: 17-CV-723-CAB-WVG<br><br>**ORDER EXTENDING DEFENDANT'S TIME FOR A RESPONSE TO PLAINTIFF'S MOTION TO COMPEL** |

On June 4, 2018, Plaintiff Andre Smith moved the Court for an order compelling Defendant Pacific Bell Telephone Company to produce documents responsive to Plaintiff's document requests. (ECF No. 46.) Prior to filing his motion, on May 25, 2018, the Court convened a telephonic discovery conference where Plaintiff sought leave to file the motion. The Court granted Plaintiff's request and ordered Plaintiff to file his motion on or before June 1, 2018. (*See* ECF No. 45.) Plaintiff filed and served his motion three days past the date by which he was to do so. Accordingly, the Court *sua sponte* continues the date by which Defendant must respond to **June 13, 2018**.

Plaintiff is hereby advised that any future tardy filings will be disregarded, result in sanctions, or both.

**IT IS SO ORDERED**.

Dated: June 8, 2018

_____
Hon. William V. Gallo
United States Magistrate Judge

1

17-CV-723-CAB-WVG